MICHAEL WOLCHANSKY, CSBN: 244759
Staff Attorney
Homeless Action Center
1432 Franklin Street
Telephone: (510) 836-3260 x323
Facsimile: (510) 836-7690
E-Mail: MWolchansky@homelessactioncenter.org

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL ANTHONY BRISCO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br><br>Defendant. | CIVIL NO. 4:16-cv-01843-KAW<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, and with the permission of the Court as evidenced below, that the Plaintiff's time for responding to Defendant's Answer be extended from August 13, 2016 to October 13, 2016. This is Plaintiff's first request for an extension of time.  Plaintiff needs this extension due to his attorney's heavy case load through July, August and September 2016. Defendant respectfully requests this additional time to respond to Defendant's arguments.

    The parties further stipulate that all subsequent deadlines set forth in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

Joint Stip. & Prop. Order for Ext.; 4:16-cv-01843-KAW

1  The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully Submitted,

Dated: August 5, 2016                By: /s/Michael Wolchansky
                                     MICHAEL WOLCHANSKY
                                     Attorney for Plaintiff

Dated: August 5, 2016                By: /s/ Ben Porter
                                     BEN PORTER
                                     (*as authorized via email on August 5, 2016)
                                     Attorney for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: __8/8/16_____    _____Kandis Westmore_____
                                     THE HONORABLE KANDIS A WESTMORE
                                     United State Magistrate Judge