MICHAEL WOLCHANSKY, CSBN: 244759
Staff Attorney
Homeless Action Center
1432 Franklin Street
Telephone: (510) 836-3260 x323
Facsimile: (510) 836-7690
E-Mail: MWolchansky@homelessactioncenter.org

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL ANTHONY BRISCO,<br><br>       Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br><br>       Defendant. | CIVIL NO. 4:16-cv-01843-KAW<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, and with the permission of the Court as evidenced below, that the Plaintiff's time for responding to Defendant's Answer be extended from October 13, 2016 to November 13, 2016.  This is Plaintiff's second request for an extension of time.  Plaintiff needs this extension due to his attorney's heavy case load. The parties further stipulate that all subsequent deadlines set forth in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

   The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Joint Stip. & Prop. Order for Ext.; 4:16-cv-01843-KAW

Respectfully Submitted,

Dated: September 28, 2016          By: /s/Michael Wolchansky
                                   MICHAEL WOLCHANSKY
                                   Attorney for Plaintiff

Dated: September 28, 2016          By: /s/Ben Porter
                                   BEN PORTER
                                   (*as authorized via email on September 28, 2016)
                                   Attorney for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:   9/30/16                   _____
                                   THE HONORABLE KANDIS A WESTMORE
                                   United State Magistrate Judge

Joint Stip. & Prop. Order for Ext.; 4:16-cv-01843-KAW