1  MICHAEL WOLCHANSKY, CSBN: 244759
   Staff Attorney
2  Homeless Action Center
   1432 Franklin Street
3  Telephone: (510) 836-3260 x323
   Facsimile: (510) 836-7690
4  E-Mail: MWolchansky@homelessactioncenter.org

5  Attorney for Plaintiff

6

7

8

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 In re MICHAEL ANTHONY BRISCO,          )   CIVIL NO. 4:16-cv-01843-KAW
                                          )
13              Plaintiff,                )   JOIN STIPULATION AND ~~PROPOSED~~
                                          )   ORDER FOR AN EXTENSION OF TIME
14              v.                        )
   CAROLYN W. COLVIN,                     )
15 Commissioner of Social Security        )
                                          )
16                                        )
                                          )
17              Defendant.                )

18 _____

19

20
         IT IS HEREBY STIPULATED by and between the parties, through their respective
21
   counsel of record, and with the permission of the Court as evidenced below, that the Plaintiff's
22
   time for responding to Defendant's Opposition to Plaintiff's Motion for Summary Judgment and
23
   Cross Motion for Summary Judgment be extended from December 23, 2016 to January 23,
24
   2017.  This is Plaintiff's third request for an extension of time.  Plaintiff needs this extension
25
26 due to his attorney's heavy case load. The parties further stipulate that all subsequent deadlines
27
   set forth in the Court's Procedural Order for Social Security Review Actions shall be extended
28
   accordingly.


Joint Stip. & Prop. Order for Ext.; 4:16-cv-01843-KAW

1    The parties stipulate in good faith, with no intent to prolong proceedings unduly.

2

3                                          Respectfully Submitted,

4    Dated: December 16, 2016              By: /s/Michael Wolchansky
5                                          MICHAEL WOLCHANSKY
                                           Attorney for Plaintiff
6

7    Dated: December 16, 2016              By: /s/Ben Porter
                                           BEN PORTER
8                                          (*as authorized via email on December 16, 2016)
                                           Attorney for Defendant
9

10

11

12   ORDER

13   APPROVED AND SO ORDERED:

14   Dated: ____1/4/17_____    _____
15                                   THE HONORABLE KANDIS A WESTMORE
                                     United State Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stip. & Prop. Order for Ext.; 4:16-cv-01843-KAW